

ORIGINAL

ORIGINAL

Form B1 (Official Form 1) - (Rev. 12/07)

2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Didion, John T.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Didion, Terri L.** |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**aka J. T. Didion Construction** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>**aka Terri L. Homan-Didion** |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **7738** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **8247** |
| Street Address of Debtor (No. & Street, City, and State):<br>**1234 Montego Street**<br>**Arroyo Grande, CA**        ZIP CODE **93420** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**1234 Montego Street**<br>**Arroyo Grande, CA**        ZIP CODE **93420** |
| County of Residence or of the Principal Place of Business:<br>**San Luis Obispo** | County of Residence or of the Principal Place of Business:<br>**San Luis Obispo** |
| Mailing Address of Debtor (if different from street address):<br>**Post Office Box 1231**<br>**Santa Ynez, CA**        ZIP CODE **93460** | Mailing Address of Joint Debtor (if different from street address):<br>**Post Office Box 1231**<br>**Santa Ynez, CA**        ZIP CODE **93460** |
| Location of Principal Assets of Business Debtor (if different from street address above):        ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
| --- | --- | --- |
| ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity** (Check one box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts** (Check one box.)<br>☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☐ Debts are primarily business debts. |

| Filing Fee (Check one box)<br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors:<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b) |
| --- | --- |

| Statistical/Administrative Information | THIS SPACE FOR COURT USE ONLY |
| --- | --- |
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

FILED

JUL 1 0 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF.
BY:                    Dep.

Form B1 (Official Form 1) (Rev. 12/07)

2007 USBC, Central District of California

FORM B1, Page 2

**Voluntary Petition**
(This page must be completed and filed in every case.)

Name of Debtor(s):
**John and Terri Didion**

| Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐   Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _(signature)_                          7-9-09
Signature of Attorney for Debtor(s)        Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
Check all applicable boxes.

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(l)).

Form B1 (Official Form 1) (Rev. 12/07)

2007 USBC, Central District of California

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> John and Terri Didion | FORM B1, Page 3 |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
     Signature of Debtor

X _____
     Signature of Joint Debtor

     _____
     Telephone Number (if not represented by attorney)

X    6-24-09
     Date

X    *Gary R. Colegrove*
     Signature of Attorney for Debtor(s)
     Gary R. Colegrove, Esq.
     Printed Name of Attorney for Debtor(s)
     Law Offices of Gary R. Colegrove
     Firm Name
     15 West Carrillo Street, Suite 103
     Address
     Santa Barbara, CA. 93101
     (805) 879-7552
     Telephone Number
     7-9-09              CSB No. 147411
     Date                Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
     Signature of Authorized Individual

     _____
     Printed Name of Authorized Individual

     _____
     Title of Authorized Individual

     _____
     Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
     (Signature of Foreign Representative)

     _____
     (Printed Name of Foreign Representative)

     _____
     Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

_____

X _____
                                          Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Official Form 1- Exhibit D (Rev 12/08) Page 1                                      2008 USBC, Central District of California

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: John and Terri Didion | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: |

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒  1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* _____

_____
_____
_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Official Form 1- Exhibit D (Rev 12/08) Page 2                                 2008 USBC, Central District of California

     □ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
               □ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
               □ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
               □ Active military duty in a military combat zone.

     □ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

     **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: X _John Tita_

Date: X 6·24·05

2

Official Form 1- Exhibit D (Rev 12/08) Page 1                                    2008 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:  John and Terri Didion<br><br>Debtor(s). | CHAPTER:  7<br>CASE NO.: |

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* _____
_____
_____
_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

1

Official Form 1- Exhibit D (Rev 12/08) Page 2                    2008 USBC, Central District of California

  ☐  4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

  ☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:

Date:  6 - 2 4 - 09

Local Rule 1015-2   (Rev. 6/98)

1998 USBC, Central District of California

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    John and Terri Didion filed a Chapter 13 Bankruptcy Petiton on March 7, 2000 in the United States Bankruptcy Court, District of Oregon, Case No. 00-61166-FRA7.  The case was converted to Chapter 7 on April 28, 2000.  A discharge was issued on September 7, 2000.  Judge Frank R. Alley, Judge Presiding.  No real property was listed on Schedule A.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ Buellton , California.

Dated X  6-24-09

John T. Didion
X _____
                                    Debtor.

Terri L. Didion
X _____
                              Joint Debtor

*MacForms (509) 535-4382*

Didion, John &

B 201 (04/09/06)

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days before the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Didion, John &

B 201                                                                            Page 2

2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if the information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of [Non-Attorney] Bankruptcy Petition Preparer**
I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____
Printed name and title, if any, of Bankruptcy Petition Preparer

Address:

_____

X_____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

_____
Social Security number (If the bankruptcy petition
preparer is not an individual, state the Social Security
number of the officer, principal, responsible person, or
partner of the bankruptcy petition preparer.) (Required
by 11 U.S.C. § 110.)

**Certificate of the Debtor**
I (We), the debtor(s), affirm that I (we) have received and read this notice.

John and Terri Didion
_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X_____        X_____
Signature of Debtor                               Date

X_____
Signature of Joint Debtor (if any)     Date
6-29-09

*MacForms (509) 535-4382*                                    Didion, John &

Form 6 -Summary
(10/05)

# United States Bankruptcy Court

CENTRAL **District of** CALIFORNIA
NORTHERN **Division**

In re   Didion, John T. &
      Didion, Terri L.

Case No. _____

(if known)

Debtor/Codebtor:

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A — Real Property | YES | 1 | $ 443,500 | | |
| B — Personal Property | YES | 5 | $ 47,050 | | |
| C — Property Claimed as Exempt | YES | 1 | | | |
| D — Creditors Holding Secured Claims | YES | 2 | | $ 714,976 | |
| E — Creditors Holding Unsecured Priority Claims | YES | 1 | | $ 0 | |
| F — Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $ 360,682 | |
| G — Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H — Codebtors | YES | 1 | | | |
| I — Current Income of Individual Debtor(s) | YES | 1 | | | $ 51,254 |
| J — Current Expenditures of Individual Debtor(s) | YES | 2 | | | $ 51,229 |
| Total Number of Sheets of ALL Schedules ▶ | | 23 | | | |
| Total Assets ▶ | | | $ 490,550 | | |
| Total Liabilities ▶ | | | | $ 1,075,658 | |

*MacForms  (509) 535-4382*

Didion, John &

Official Form B6 - Statistical Summary (10/06)                                         2006 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | |
|---|---|---|
| In re    **John and Terri Didion**<br><br>Debtor(s). | CHAPTER:    7 | |
| | CASE NO.: | |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ | 0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ | 0 |
| Student Loan Obligations (from Schedule F) | $ | 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0 |
| TOTAL | $ | 0 |

**State the following:**

| | | |
|---|---|---|
| Average Income  (from Schedule I, Line 16) | $ | 51,254 |
| Average Expenses (from Schedule J, Line 18) | $ | 51,229 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ | 3,805 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 234,476 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    0 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    0 |
| 4. Total from Schedule F | | $ 360,682 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 595,158 |

Form B6A
(10/05)

In re Didion, John T. &
      Didion, Terri L.

Case No. _____
                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Residence Located:<br>  262 Valley Dairy<br>  Buellton, CA.  93427<br>Zestimate™ per www.zillow.com<br>$443,500 as of 6/30/2009<br>Purchased 4/27/2007 for $702,000 | Fee Simple Owners | C | $443,500 | $625,000 |

|  |  |
|---|---|
| Total of This Page ▶ | $443,500 |
| Total of All Pages ▶ | $443,500 |

Page  1  of  1

*MacForms (509) 535-4382*

(Report also on Summary of Schedules.)

Didion, John &

Form B6B
(10/05)

**In re** Didion, John T. &
Didion, Terri L.

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Las Padres Bank Checking Account<br>Las Padres Bank Savings Account<br>Rabo Bank Checking Account #1<br>Rabo Bank Checking Account #2 | | $200<br>$200<br>$500<br>$500 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Furniture and Furnishings<br>(All Property is Located at Debtor's Residence) | | $3,500 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectables. | | Books, Pictures & Family Photos. | | $100 |
| 6. Wearing apparel. | | Clothes and Shoes (His)<br>Clothes and Shoes (Hers) | | $500<br>$500 |
| 7. Furs and jewelry. | | Wedding Rings<br>Watch<br>Miscellaneous Costume Jewelry | | $500<br>$50<br>$200 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Form B6B-Cont'd
(10/05)

In re    Didion, John T. &
        Didion, Terri L.

Case No. _____
                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest (s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Sharebuilder Account | C | $300 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

MacForms (509) 535-4382

Didion, John &

Form B6B-Cont'd
(10/05)

In re   Didion, John T. &                                    Case No. _____
    Didion, Terri L.                                                     (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Volvo XC90 (Secured - No Equity) | C | $14,000 |
| | | 2003 GMC Sierra 1500 HD Crew Cab P/U (Secured - No Equity) | C | $10,000 |
| | | 2004 Harley Davidson Motorcycle (Secured - No Equity) | C | $14,000 |

*MacForms  (509) 535-4382*                                         Didion, John &

Form B6B-Cont'd
(10/05)

In re   Didion, John T. &
        Didion, Terri L.

Case No. _____
                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Miscellaneous Work Tools | C | $2,000 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

*MacForms  (509) 535-4382*

Didion, John &

Form B6B-Cont'd
(10/05)

In re    Didion, John T. &
       Didion, Terri L.

Case No. _____
               **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | Total of Continuation Sheet | | |

_____ continuation sheets attached    Total   ▶   | $ | 47,050

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Didion, John &

Official Form B6C
(10/05)

**In re**   Didion, John T. &          Case No. _____
            Didion, Terri L.                              **(If known)**
            Debtor/Codebtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:

(Check one box)

☐  11 U.S.C. § 522(b)(2):
☐  11 U.S.C. § 522(b)(3):

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Checking & Savings Accounts | CCP 703.140(b)(5) Unused Homestead Exemption | $1,400 | $1,400 |
| Household Furniture | CCP 703.140(b)(3) $525/item Exemption | $3,500 | $3,500 |
| Books & Pictures | CCP 703.140(b)(3) $525/item Exemption | $100 | $100 |
| Wearing Apparel | CCP 703.140(b)(3) $525/item Exemption | $1,000 | $1,000 |
| Jewelry | CCP 703.140(b)(4) Jewelry to $1,350 Exemption | $750 | $750 |
| Sharebuilder Account | CCP 703.140(b)(5) Unused Homestead Exemption | $300 | $300 |
| Miscellaneous Work Tools | CCP 703.140(b)(6) $2,075 Tools of Trade Exemption | $2,000 | $2,000 |

*MacForms (509) 535-4382*                                              Didion, John &

FORM B6D
(10/05)

In re _____        Case No. _____
                                                          (if known)

# SCHEDULE D— CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT NO. 1009847391 <br><br> Indymac Bank <br> Loan Resolution Department <br> 7700 W. Parmer Lane, Bldg. D <br> Austin, TX 78729 | | C | 5/2007 <br> 1st Mortgage Secured by Family Residence. <br><br><br> VALUE $ 443,500 | | | | $561,600 | $118,100 |
| ACCT NO. 00000500238993 <br><br> The CIT Group <br> POBOX 24330 <br> Oklahoma City, OK 73124 | | C | 5/2007 <br> 2nd HELOC Secured by Family Residence. <br><br><br> VALUE $ 443,500 | | | | $107,257 | $107,257 |
| ACCT NO. 424638823 <br><br> AmeriCredit <br> POBOX 183593 <br> Arlington, TX 76096 | | C | 10/2004 <br> Automobile Loan for 2004 Volvo XC90. <br><br><br> VALUE $ 14,000 | | | | $22,319 | $8,319 |
| ACCT NO. 061-9081-008333 <br><br> GMAC <br> POBOX 380902 <br> Bloomington, MN 55438 | | C | 4/2007 <br> Truck Loan for 2003 GMC Sierra P/U. <br><br><br> VALUE $ 10,000 | | | | $10,800 | $800 |

In re .                                                                Case No. _____
                                                                              (if known)

# SCHEDULE D— CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT NO. 20040305086765<br><br>Harley-Davidson Credit<br>8529 Innovation Way<br>Chicago, IL 60682 | C | | 3/2004<br>Motorcycle Loan for<br>2004 Harley Davidson<br>Road King Classic.<br><br>VALUE $ 14,000 | | | | $13,000 | $0 |

Total of All Pages of Schedule D $714,976

*MacForms (509) 535-4382*

Form B6E
(10/05)

In re    Didion, John T. &                              Case No. _____
         Didion, Terri L.                                          (if known)
              Debtor/Codebtor

## SCHEDULE E — CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the subsection of the Bankruptcy Code described below which assigns the priority, such as "Sec. 507(a)(4)."

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child." Do not include the name or address of a minor child in this schedule. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. On the last sheet of this Schedule E, report the total of all claims entitled to priority under § 507(a)(1) and § 507(a)(8) in the box labeled "Total of Claims Entitled to Priority under §§ 507(a)(1) and (a)(8)" and report separately the total of all other claims in the box labeled "Total of ALL Claims Entitled to Priority." Report these totals also on the Summary of Schedules.

[X]  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ] **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ] **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

[ ] **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

[ ] **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

[ ] **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

[ ] **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Form B6F (10/05)

In re _____    Case No. _____

(if known)

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

Individual debtors with primarily consumer debts: If any claim is or may be predominantly nondischargeable under §§ 523(a)(8), (a)(15), or (a)(18) of the Bankruptcy Code (11 U.S.C. § 101 et seq.), place and "X" in the column labeled "PND" and total the amounts of these claims separately. Designating a claim as "PND" is not intended to be an admission by the debtor concerning the dischargeability of any particular scheduled debt. For example, a debt of the kind described in §523(a)(15) of the Code would not be discharged in a chapter 7 case, but may be discharged in a chapter 13 case. Nevertheless, a debtor filing under any chapter should mark a §523(a)(15) debt as "PND." The designation is for statistical purposes only and will enable the courts to report to Congress concerning the amount of debt scheduled "in categories which are predominantly nondischargeable," as required by 28 U.S.C. § 159(c)(3)(C).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of "PND" claims listed on each sheet in the box labeled "Subtotal of PND Claims" and the total of ALL claims listed on each sheet (including "PND" claims) in the box labeled "Subtotal of All Claims." On the last sheet of the completed Schedule F, report also the total of all "PND" claims listed in this schedule in the box labeled "Total of all "PND" Claims" and the total of ALL claims listed in this schedule (including "PND" claims) in the box labeled "Total of All Claims." Report these totals also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | PND | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|---|
| ACCT NO. 110927<br><br>Hayward Lumber<br>800 West Betteravia Road<br>Santa Maria, CA 93455 | | C | 12/2007<br>Business Material Purchase. | | | | | $6,435 |
| ACCT NO. 4862 3624 4420 8782<br><br>Capital One<br>POBOX 30285<br>SLC, UT 84130 | | C | 3/2008<br>Visa Credit Card Charges. | | | | | $2,060 |

Page   1

Form B6F (10/05)

In re _____          Case No. _____
                                                            (if known)

## SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | PND | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|---|
| ACCT NO. 4388 6418 7563 2320<br><br>Capital One<br>POBOX 30285<br>SLC, UT 84130 | C | | 2/2008<br>Visa Credit Card Charges. | | | | | $4,024 |
| ACCT NO. 5178 0522 5230 4262<br><br>Capital One<br>POBOX 30285<br>SLC, UT 84130 | C | | 2/2008<br>Mastercard Credit Card Charges. | | | | | $2,234 |
| ACCT NO. 4115 0725 2031 3597<br><br>Capital One<br>POBOX 30285<br>SLC, UT 84130 | C | | 2/2008<br>Visa Credit Card Charges. | | | | | $1,118 |
| ACCT NO. 214610-00-174425-7<br><br>Household Finance Company<br>POBOX 4153<br>Carol Stream, IL 60128 | C | | 5/2006<br>Personal Line of Credit. | | | | | $12,967 |
| ACCT NO. 217541-00-355784-2<br><br>Beneficial Finance<br>481 Madonna Road<br>San Luis Obispo, CA 93401 | C | | 12/2005<br>Personal Line of Credit. | | | | | $9,239 |

Page  2

Form B6F (10/05)

In re _____                    Case No. _____
                                                                      (if known)

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | PND | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|---|
| ACCT NO. 1210 Mission Drive<br><br>Orton Commecial Real Estate<br>POBOX 227<br>Solvang, CA 93464 | C | | 9/2006<br>Rental Charges. | | | | | $495 |
| ACCT NO. 13-40022<br><br>Labor Commissioner<br>411 E. Canon Perdido Street, #3<br>Santa Barbara, CA 93101 | C | | 2/2008<br>Alleged Unpaid Wage Claim. | X | X | X | | $6,710 |
| ACCT NO. 329858<br><br>Great Western Building Materials<br>301 Lombard Street<br>Oxnard, CA 93030 | C | | 12/2007<br>Business Material Purchase. | | | | | $2,759<br>Notice Only |
| ACCT NO. DIDCONA<br><br>NBM Building Materials<br>1230 Mission Drive<br>Solvang, CA 93463 | C | | 6/2006<br>Business Material Purchase. | | | | | $9,796 |
| ACCT NO. DIDCON<br><br>NBM Building Materials<br>1230 Mission Drive<br>Solvang, CA 93463 | C | | 6/2006<br>Business Material Purchase. | | | | | $23,286 |

Page   3

Form B6F (10/05)

In re _____                                Case No. _____
                                                                              (if known)

## SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | PND | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|---|
| ACCT NO. 2070<br><br>Hernandez Drywall<br>1609 S. Paraiso Drive<br>Santa Maria, CA 93458 | C | | 9/2007<br>Business Services. | | | | | $1,735 |
| ACCT NO. 010375<br><br>United Staffing Associates<br>505 Higuera Street<br>San Luis Obispo, CA 93401 | C | | 12/2007<br>Business Services. | | | | | $21,795 |
| ACCT NO. Babcock/115 Tejas<br><br>Hoffmann Construction<br>1206 Del Oro<br>Santa Barbara, CA 93109 | C | | 9/2007<br>Business Services. | | | | | $10,335 |
| ACCT NO. 2729<br><br>Cabinets Etc.<br>309 N. First Street<br>Lompoc, CA 93436 | C | | 2/2005<br>Business Material Purchase. | | | | | $4,500 |
| ACCT NO. 0433560-12<br><br>The Credit Bureau of SLO<br>POBOX 480<br>Grover Beach, CA 93483 | C | | 4/2008<br>Collection Agency for Cabinets Etc. #2729 for Business Material Purchase. | | | | | $0<br>Notice Only |

Form B6F (10/05)

In re _____  Case No. _____
(if known)

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | PND | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|---|
| ACCT NO. 465810<br><br>Valley Yellow Pages<br>POBOX 39000, Dept. 33302<br>San Francisco, CA 94139 | C | | 1/2008<br>Advertising Services. | | | | | $715 |
| ACCT NO. 1829856-05/06<br><br>State Comp. Insurance Fund<br>POBOX 420807<br>San Francisco, CA 94142 | C | | 2005/2006<br>Unpaid Business Insurance Premiums. | | X | X | X | $7,970 |
| ACCT NO. 11059086<br><br>Santa Barbara Bank & Trust<br>POBOX 60839<br>Santa Barbara, CA 93160 | C | | 11/2007<br>Personal Line of Credit. | | X | X | X | $70,521 |
| ACCT NO. 1138725<br><br>J. Johnson, Esq.<br>POBOX 3<br>Grover Beach, CA 93483 | C | | 3/2008<br>Attorney for Judgment Creditor Burke & Pace of Arroyo Grande, Inc. for Business Debts. | | | | | $7,158 |
| ACCT NO. Didion 1138725<br><br>Santa Barbara Superior Court<br>Re: Didion 1138725<br>1100 Anacapa Street<br>Santa Barbara, CA 93101 | C | | 3/2008<br>Superior Court Clerk. | | | | | $0<br>Notice Only |

Form B6F (10/05)

In re _____    Case No. _____
                                                    (if known)

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | PND | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|---|
| ACCT NO. 0034210328<br><br>Ocwen Loan Servicing, LLC.<br>12650 Ingenuity Drive<br>Orlando, FL 32826 | | C | 6/2008<br>Balance owing on HELOC previously secured by foreclosed Solvang Rental Property. | | | X | | $75,000 |
| ACCT NO. Didion, John<br><br>Nielson Building Materials<br>1230 Mission Drive<br>Solvang, CA 93463 | | C | 6/2006<br>Promissory Note for Business Services Provided. | | | | | $27,000 |
| ACCT NO. Didion, John<br><br>Roberts Donn Construction<br>3028 De La Vina Street<br>Santa Barbara, CA 93105 | | C | 6/2006<br>Business Material Purchases. | | | | | $15,000 |
| ACCT NO. 74-Didion<br><br>Artisan Tile<br>1317 North V Street, #38<br>Lompoc, CA 93436 | | C | 6/2006<br>Business Material Purchases. | | | | | $675 |
| ACCT NO. 7905-Didion<br><br>San Luis Glass & Window<br>POBOX 876<br>San Luis Obispo, CA 93406 | | C | 3/2008<br>Business Material Purchases. | | | | | $1,298 |

Form B6F (10/05)

In re _____                              Case No. _____
                                                                        (if known)

## SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | PND | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|---|
| ACCT NO. Didion, John<br><br>MHIC Construction<br>POBOX 516<br>Santa Ynez, CA 93460 | | C | 7/2006<br>Promissory Note for Business Services Provided. | | | | | $11,211 |
| ACCT NO. Seruto Residence<br><br>United Wall Systems<br>POBOX 2729<br>Orcutt, CA 93457 | | C | 6/2008<br>Business Services. | | | | | $725 |
| ACCT NO. 9192-Didion<br><br>Allstar Heating & Air<br>47 Industrial Way<br>Buellton, CA 93427 | | C | 5/2008<br>Business Material Purchases. | | | | | $4,932 |
| ACCT NO. 7700-Didion<br><br>Fireplace Shop<br>323 Magnolia Avenue<br>Goleta, CA 93117 | | C | 5/2008<br>Business Material Purchases. | | | | | $675 |
| ACCT NO. 643-Didion<br><br>Svend Olesen & Sons Masonry<br>POBOX 274<br>Buellton, CA 93427 | | C | 7/2008<br>Business Material Purchases. | | | | | $3,900 |

Form B6F (10/05)

In re _____

Case No. _____
(if known)

## SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | PND | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|---|
| ACCT NO. 28091D3-Didion<br><br>Pyramid M.T.<br>208 N. Nopal Street<br>Santa Barbara, CA 93103 | C | | 9/2008<br>Business Material Purchases. | | | | | $528 |
| ACCT NO. 28091D2-Didion<br><br>Pyramid M.T.<br>208 N. Nopal Street<br>Santa Barbara, CA 93103 | C | | 9/2008<br>Business Material Purchases. | | | | | $2,260 |
| ACCT NO. J.T.Didion Construction<br><br>Tee Tile<br>915 E. Fesler Street<br>Santa Maria, CA 93454 | C | | 7/2008<br>Business Material Purchases. | | | | | $5,376 |
| ACCT NO. J.T.Didion Construction<br><br>Keith Evans<br>1271 Pomeroy Road<br>Arroyo Grande, CA 93420 | C | | 8/2008<br>Business Material Purchases. | | | | | $5,487 |
| ACCT NO. J.T.Didion Construction<br><br>Owens & Jakkola Tax Prof.'s<br>POBOX 397<br>Santa Ynez, CA 93460 | C | | 4/2007<br>Business Accounting Services. | | | | | $762 |

Total of PND Claims ▶   $ _____

Total of ALL Claims ▶   $   $360,682

Official Form B6G
(10/05)

In re   Didion, John T. &
        Didion, Terri L.

Case No. _____
                      (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases or contracts, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE, WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AmeriCredit<br>POBOX 183593<br>Arlington, TX 76096 | Automobile Loan<br>(Debtors are the Purchasers) |
| GMAC<br>POBOX 380902<br>Bloomington, MN 55438 | Truck Loan<br>(Debtors are the Purchasers) |
| Harley-Davidson Credit<br>8529 Innovation Way<br>Chicago, IL 60682 | Motorcycle Loan<br>(Debtors are the Purchasers) |
| | |
| | |
| | |
| | |

_____ continuation sheets attached

Official Form B6H
(10/05)

In re . Didion, John T. &
     Didion, Terri L.

Case No. _____
                  **(If known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

**X** Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

*MacForms (509) 535-4382*

Didion, John &

Official Form B6I
(10/05)

In re  Didion, John T. &
      Didion, Terri L.
      Debtor/Codebtor

Case No. _____
                   (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: Married - 12 Years | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | RELATIONSHIP  Alexandra Didion | AGE | 13 Yrs. |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Self-Employed Contractor | Bookkeeper/Receptionist |
| Name of Employer | Didion Construction | Acroamatics, Inc. |
| How long employed | 1/2008 to Present | 4/2008 to Present |
| Address of Employer | 262 Valley Dairy | 70 S. Kellogg Avenue, #A |
| | Buellton, CA.  93427 | Goleta, CA.  93117 |

| Income:(Estimate of monthly income as of the filing of the petition) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 0.00 | $ 1,358.00 |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| SUBTOTAL | $ 0.00 | $ 1,358.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 104.00 |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (Specify: _____ ) | $ _____ | $ _____ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 104.00 |
| 3. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 1,254.00 |
| 4. Regular income from operation of business or profession or farm (Attach detailed statement.) | $ 50,000.00 | $ _____ |
| 5. Income from real property | $ _____ | $ _____ |
| 6. Interest and dividends | $ _____ | $ _____ |
| 7. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ _____ | $ _____ |
| 8. Social security or other government assistance (Specify:) | $ _____ | $ _____ |
| 9. Pension or retirement income | $ _____ | $ _____ |
| 10. Other monthly income (Specify) | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| 11. SUBTOTAL OF INCOME REPORTED ON LINES 4 THROUGH 10 | $ 50,000.00 | $ 1,254.00 |
| 12. TOTAL MONTHLY INCOME (Add amounts shown on Lines 3 through 11.) | | |

TOTAL COMBINED MONTHLY INCOME   $ 51,254.00

(Report also on Summary of Schedules)

Describe any increase [or decrease] in income anticipated to occur within the year following the filing of this document:

*MacForms  (509) 535-4382*

Didion, John &

Official Form B6J
(10/05)

In re   Didion, John T. &
        Didion, Terri L.
        Debtor/Codebtor

Case No. _____
                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home) ..... $ 2,500.00
   Are real estate taxes included?     Yes _____  No __x__
   Is property insurance included?     Yes _____  No __x__
2. Utilities: a. Electricity and heating fuel ..... $ 170.00
   b. Water and sewer ..... $ 125.00
   c. Telephone ..... $ 175.00
   d. Other  Direct TV - $85; Personal Cell Phones - $150 ..... $ 235.00
   ..... $ 0.00
3. Home maintenance (repairs and upkeep) ..... $ 800.00
4. Food ..... $ 100.00
5. Clothing ..... $ 50.00
6. Laundry and dry cleaning ..... $ 200.00
7. Medical and dental expenses ..... $ 300.00
8. Transportation (not including car payments) ..... $ 180.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc. ..... $ 0.00
10. Charitable contributions
11. Insurance (not deducted from wages or included in home mortgage payments) ..... $ 0.00
    a. Homeowner's or renter's ..... $ 0.00
    b. Life ..... $ 495.00
    c. Health ..... $ 184.00
    d. Auto ..... $ 0.00
    e. Other _____
12. Taxes (not deducted from wages or included in home mortgage payments) ..... $ 0.00
    (Specify) _____
13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan) ..... $ 785.00
    a. Auto ..... $ 440.00
    b. Other  Truck Loan ..... $ 340.00
    c. Other  Motorcycle Loan ..... $ 0.00
14. Alimony, maintenance, and support paid to others ..... $ 0.00
15. Payments for support of additional dependents not living at your home ..... $ 44,000.00
16. Regular expenses from operation of business, profession, or farm (attach detailed statement) ..... $ 150.00
17. Other  Storage Unit in Buellton (Work Tools and Personal Files) _____
18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) ..... $ 51,229.00
19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
    _____

20. STATEMENT OF MONTHLY NET INCOME
    a. Total projected monthly income ..... $ _____
    b. Total projected monthly expenses ..... $ _____
    c. Monthly net income (a. minus b.) ..... $ _____

*[Chapter 12 and 13 Debtors Only: State amount and whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.]*

21. Total amount to be paid into plan $_____ each _____ (interval).

Didion, John &

MacForms (509) 535-4382

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL District of CALIFORNIA**

In re,  Didion, John T. &
       Didion, Terri L.

Case No._____

Chapter

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE, information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1.  Gross Income For 12 Months Prior to Filing;  $  59,553.00

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2.  Gross Monthly Income:  $  50,000.00

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

3.  Net Employee Payroll (Other Than Debtor)  $  0.00
4.  Payroll Taxes  0.00
5.  Unemployment Taxes  0.00
6.  Workers Compensation  0.00
7.  Other Taxes
8.  Inventory Purchases (Including raw materials)  41,000.00
9.  Purchase of Feed/Fertilizer/Seed/Spray  0.00
10. Rent (Other than debtor's principal residence)  0.00
11. Utilities  0.00
12. Office Expenses and Supplies  300.00
13. Repairs and Maintenance  300.00
14. Vehicle Expenses  1,500.00
15. Travel and Entertainment  450.00
16. Equipment Rental and Leases  300.00
17. Legal/Accounting/Other Professional Fees  150.00
18. Insurance  0.00
19. Employee Benefits (e.g., pension, medical, etc.)  0.00
20. Payments to Be Made Directly By Debtor to Secured Creditors For
    Pre-Petition Business Debts (Specify):

21. Other (Specify):

22. Total Monthly Expenses (Add Items 3 - 21)  $  44,000.00

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)  $  6,000.00

I Declare under penalty of perjury that the foregoing is true and correct.

Executed at: Buellton, California
Dated: X  6-24-09

X _____ Debtor

X _____ Joint Debtor

Didion, John &

*MacForms (509) 535-4382*

Official Form 6 - Decl.
(10/05)

In re Didion, John T. &
      Didion, Terri L.
Debtor/Codebtor:

Case No. _____
            (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**23**_____
                                                                                                        *(Total shown on summary page plus 1.)*

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date X 6-24-09

Signature: X *John T. Didion*
                                   *Debtor*

Date X 6-24-09

Signature: X *Terri Didion*
                                   *(Joint Debtor, if any)*

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       Social Security No. _____
Printed or Typed Name of Bankruptcy Petition Preparer         *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Telephone: _____

Address

X _____               _____
Signature of Bankruptcy Petition Preparer                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct
to the best of my knowledge, information, and belief.          *(Total shown on summary page plus 1.)*

Date _____

Signature: _____

                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

*MacForms (509) 535-4382*                                    Didion, John &